IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 )  Case No. 16-09913
WTE S&S AG Enterprises LLC, )  Chapter 11
an Wisconsin limited liability company, )  Judge Donald R. Cassling
 )
Debtor/Debtor-in-Possession. )

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Final Hearing on Continued Use of Cash Collateral to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 31st day of March, 2016.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 16-09913
WTE S&S AG Enterprises LLC,                         )   Chapter 11
an Wisconsin limited liability company,             )   Judge Donald R. Cassling
                                                    )
       Debtor/Debtor-in-Possession.                 )   **Hearing:** 5/3/16 @ 10:00 a.m.

## NOTICE OF FINAL HEARING ON
## CONTINUED USE OF CASH COLLATERAL

TO 20 LARGEST CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that a final hearing on the Debtor's Motion For Authority To Use Cash Collateral And For Related Relief ("Motion"), a copy of which was previously served upon you is set for **May 3, 2016 at 10:00 a.m.** before the Honorable Donald R. Cassling, courtroom 619, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the Motion shall be in writing and filed with Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, by the close of business on **April 22, 2016**, with copies of such Objections to be served upon the following counsel in accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure:

David K. Welch, Esq.                United States Trustee
Crane, Heyman, Simon,               Dirksen Federal Building
Welch & Clar                        219 S. Dearborn St., #873
135 S. LaSalle, #3705               Chicago, IL 60604
Chicago, Illinois 60603

DATE:   March 31, 2016

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 06307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 – FAX: (312) 641-7114

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

James P. Burnett
Burnett McDermott Jahn King DesRoch
50 East Main St., PO Box 146
Chilton, WI 53410

Patrick W. Brennan
Crivello Carlson,S.C.
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203

State Bank of Chilton
26 E. Main St.
PO Box 149
Chilton, WI 53014

Tina M. Bird
Freeborn & Peters LLP
311 South Wacker Drive, Suite 300
Chicago, IL 60606

Bonnie K. Houlihan
George Burnett
Law Firm of Conway Olejniczak & Jerry SC
231 South Adams St.
PO Box 23200
Green Bay, WI 54305-3200

CenturyLink, Inc.
100 CenturyLink Drive
P.O. Box 4065
Monroe, LA 71203

Conway, Olijnoczak & Jerry, S.C.
P.O. Box 23200
Green Bay, WI 54305

D&D Equipment Co., Inc.
820 Main Street
Chilton, WI 53014

DVO, Inc.
820 Main Street
Chilton, WI 53014

Endeavor Electric, Inc.
3010 Conkey St.
Appleton, WI 54911

Freeborn & Peters LLP
311 South Wacker Drive, Suite 300
Chicago, IL 60606

Martin Energy Group
39415 Excelsior Drive
Latham, MO 65050

Northern Biogas LLC
1595 Allouez Ave., Suite 3
GreenBay, MO 64311

Stephen Philip
2629 N. Seminary Ave.
Chicago, IL 60614

Wisconsin Public Service
WEC Energy Group
231 W. Michigan St.
Milwaukee, WI 53203