UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WTE S&S AG Enterprises LLC, an<br>Wisconsin limited liability company,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-09913<br><br>Chapter: 11<br>Honorable Donald R. Cassling |

### INTERIM ORDER AUTHORIZING INTERIM USE OF
### CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of WTE S&S AG Enterprises LLC, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A attached hereto is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; State Bank of Chilton ("Lender") having objected to the Motion and the relief requested therein ("Lender Objection"); this Court having overruled the Lender Objection; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral on an interim basis during the period May 9, 2016, through July 8, 2016, to the extent set forth on Exhibit A attached hereto;

B) In return for the Debtor's continued interim use of cash collateral, the Lender is granted the following adequate protection for its purported secured interests in property of the Debtor:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;

4. The Debtor will properly maintain its assets in good repair and properly manage its business;

5. The Lender shall be granted valid, perfected, enforceable security interests in and to Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of its alleged pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the commencement of the Debtor's Chapter 11 case through July 8, 2016;

C) The Debtor is authorized to make the expenditures set forth on Exhibit A hereto plus no more than 10% of the total proposed expense payments unless otherwise agreed by the Lender or upon further Order of this Court;

D) Any expenses that are budgeted for payment in one month but are not paid in such month shall be carried over for payment in subsequent months; and

E) A final hearing on the Motion is scheduled before this Court on July 5, 2016, at 10:00 a.m.

Enter:

Dated: **0 4 MAY 2016**

United States Bankruptcy Judge

**Prepared by:**
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114

Rev: 20151029_bko

# Exhibit A

| Week of | 4/25/2016 | 5/2/2016 | 5/9/2016 | 5/16/2016 | 5/23/2016 | 5/30/2016 | 6/6/2016 | 6/13/2016 | 6/20/2016 | 6/27/2016 | 7/4/2016 | 7/11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $90,146 | $89,821 | $110,321 | $90,371 | $90,371 | $90,371 | $90,371 | $95,221 | $95,221 | $80,221 | $80,221 | $88,571 |
| Cash on Hand | | | | | | | | | | | | |
| Revenue Held by Door County Court | | | | | | | | | | | | |
| Recurring WPS (utility) revenue | $25,000 | | | | | | $25,000 | | | | $25,000 | |
| Total Estimate of Receivables | $25,000 | | | | | | $25,000 | | | | $25,000 | |
| Disbursements | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | |
| Engine Maintenance | | | $5,000 | | | | $8,000 | | | | $4,000 | |
| Site Maintenance | | | $8,000 | | | | $4,000 | | | | $4,000 | |
| Electricity | | | $3,500 | | | | | | | | | |
| Engine Oil | | | $3,300 | | | | $3,500 | | | | $3,500 | |
| Hydrogen Sulfide Medium | | | | | | | | | | | | $3,300 |
| Other expenses | | | | | | | | | | | | |
| Internet | | | $150 | | | | $150 | | | | $150 | |
| Utilities/Phone/Internet | | | | | | | | | | | | |
| Legal Fees | | | | | | | | | | | | |
| Vessel Port Boring* | | | | | | | | | | | $500 | |
| Stack Testing | | | | | | | | | | | | |
| Air Permit | | | | | | | | $15,000.00 | | | | |
| Insurance | | | | | | | | | | | | |
| US Trustee Fee | $325 | | | | | | | | | | | |
| Licenses and Fees | $325 | | | | | | | | | | | |
| Tax Prep | | | | | | | | | | | | |
| Executive Compensation | | $4,500 | | | | | $4,500 | | | | $4,500 | |
| Miscellaneous Supplies | | | | | | | | | | | | |
| Total Disbursements | $325 | $4,500 | $19,950 | $0 | $0 | $0 | $20,150 | $0 | $15,000 | $0 | $16,650 | $3,300 |
| Revenue in Excess of Disbursements | $89,821 | $110,321 | $90,371 | $90,371 | $90,371 | $90,371 | $95,221 | $95,221 | $80,221 | $80,221 | $88,571 | $85,271 |
| Ann Exp | | | | | | | | | | | | |
| Net Profit | | | | | | | | | | | | |

* One time expense to clean out silting solids in digester vessel