UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.: 16-09913
WTE S&S AG Enterprises LLC, an )
Wisconsin limited liability company, )    Chapter: 11
)
)    Honorable Donald R. Cassling
)
)
Debtor(s) )

## INTERIM ORDER AUTHORIZING CONTINUED INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of WTE S&S AG Enterprises LLC, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A attached hereto is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; State Bank of Chilton ("Lender") having consented to the entry of this Order; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral on an interim basis during the period May 1, 2018, through June 30, 2018, to the extent set forth on Exhibit A attached hereto;

B) In return for the Debtor's continued interim use of cash collateral, Lender is granted the following adequate protection for its purported secured interests in property of the Debtor:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;

4. The Debtor will properly maintain its assets in good repair and properly manage its business;

5. The Lender shall be granted valid, perfected, enforceable security interests in and to Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of its alleged pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the commencement of the Debtor's Chapter 11 case through June 30, 2018;

D) The Debtor is authorized to make the expenditures set forth on Exhibit A hereto plus no more than

Rev: 20151029_bko

10% of the total proposed expense payments unless otherwise agreed by the Lender or upon further Order of this Court;

E) Any expenses that are budgeted for payment in one month but are not paid in such month shall be carried over for payment in subsequent months;

F) The Lender reserves its right to review and object to any future fee applications of any of Debtor's retained professionals pursuant to 11 U.S.C. §§ 329, 330, or 331 and FRBP 2002; and

G) A final hearing on the Motion is scheduled before this Court on June 26, 2018 at 10:30 a.m.

Enter:

*Donald R. Cassling* AMC

Dated: 24 APR 2018

United States Bankruptcy Judge

Prepared by:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, Illinois 60611

# EXHIBIT A

## WTE S&S AG Cash collateral budget

| Month | | May-18 | 6/1/18 |
|---|---|---|---|
| Beginning Cash Balance | Cash on Hand | $10,250 | $15,300 |
| Carbon offsets | | | |
| Payment of judgement amount by DVO | | | |
| Recurring WPS (utility) revenue | | $30,000 | 30000 |
| Total Estimate of Cash on Hand | | $40,250 | $45,300 |
| Disbursements | | | |
| Operating Expenses | | | |
| | Engine Maintenance | 1000 | 2000 |
| | Site Maintenance | 15000 | 7000 |
| | Electricity | 3300 | 3300 |
| | Engine Oil | | |
| | Hydrogen Sulfide Medium | | |
| Utilities/Phone/Internet | | | |
| | Internet | 150 | 150 |
| Other expenses | | | |
| | Vessel Port Boring* | | |
| | Stack Testing | | |
| | Air Permit | | |
| Insurance | | | |
| Licenses and Fees | US Trustee Fee | | |
| Other | | | |
| Legal/litigator | | | |
| Tax Prep | | | |
| Executive Compensation | | 4500 | 4500 |
| Misc. expenses | | 1000 | 1000 |
| Total Disbursements | | $24,950 | $17,950 |
| Ending Cash | | $15,300 | $27,350 |